

MEMO ENDO

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*50 Main Street – Suite 1100*
*White Plains, New York 10606*

August 3, 2023

**By Email**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:  United States v. Roger Quiman, S1 23 Cr. 156 (KMK)**

Dear Judge Karas,

      The Government respectfully requests an exclusion of time in the above-referenced matter, pursuant to 18 U.S.C. § 3161(h), from August 16, 2023, to September 7, 2023.

      On August 2, 2023, defendant Roger Quiman was arraigned in the above-referenced matter before the Honorable Victoria Reznik, United States Magistrate Judge for the Southern District of New York. During the arraignment, Judge Reznik excluded time pursuant to 18 U.S.C. § 3161(h) through August 16, 2023. On or about August 2, 2023, the parties contacted this Court's chambers and scheduled the initial status conference for September 7, 2023, at 10:00 a.m.

In the coming days and weeks, the Government will begin producing Rule 16 discovery to the defendant and defense counsel on a rolling basis. In order to provide the parties time to produce and review discovery, the Government asserts that the ends of justice served by the granting of the continuance requested outweigh the interests of the public and defendant in a speedy trial. The Government has confirmed that defense counsel consents to the exclusion of time.

Time is excluded, in the interests of justice, until 9/7/23 to allow the Government to produce discovery and Defense Counsel to review it. The interests of justice from this exclusion outweigh the public's and Defendant's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

*[signature]*
8/3/23

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

By: *[signature]* Kaiya Arroyo
Kaiya Arroyo
Assistant United States Attorney
(914) 993-1919

SO ORDERED:

Dated: White Plains, New York
_____, 2023

_____
THE HONORABLE KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE