**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
170 HAMILTON STREET
SUITE 300
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (212) 962-1778

September 25, 2024

Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

By ECF and Email/PDF

Re: *United States v. Roger Quiman*, 23 Cr. 156 (KMK)
Letter Motion for Adjournment of Sentence

Dear Judge Karas:

The defendant, Roger Quiman, is scheduled for sentence in the above matter on Thursday, October 10, 2024 at 11:30 am. I am in the process of reviewing a forensic psychiatric mitigation report which was recently received. Additionally, as the Government indicated in their prior application for adjournment of sentence, which was granted by the Court (ECF Doc No. 47), the parties are still in the process of negotiating a forfeiture amount and ascertaining possible retrieval of funds from the defendant. We expect a resolution of these issues within the next several weeks.

I therefore write to the Court to request an adjournment of sentence of approximately 8 weeks. I understand that December 18, 2024 at 10:00 am is a convenient time for the Court and the parties. The Government has no objection to this application.

Thank you, Your Honor, for your consideration of this matter.

Granted.

So Ordered.
9/25/24

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc: AUSA Kaiya Arroyo (By ECF and Email/PDF)